IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| T. J. WILLIAMS, | § | |
|     TDCJ-CID #921940 | § | |
| V. | § | C.A. NO. C-05-411 |
| | § | |
| E. KENNEDY, McCONNELL UNIT | § | |

**<u>FINAL JUDGMENT</u>**

A final judgment dismissing plaintiff's complaint without prejudice for failure to exhaust is

entered.

ORDERED this 4th day of Janaury, 2006.


    B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE